STATE OF NEW JERSEY v. FRANKIE COLEMAN.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT LEE SMITH.

October 28, 1986.

Petition for certification denied.   (See 210 *N.J.Super.* 43)

STATE OF NEW JERSEY v. LIONEL CAIN.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL D'AMICO.

October 28, 1986.

Petition for certification denied.